UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GWENDOLYN CRUZ,

       Plaintiff,

  v.                              Civil Action 2:25-cv-471
                                   Judge Edmund A. Sargus, Jr.
NIGHTINGALE HOME            Magistrate Judge Chelsey M. Vascura
HEALTHCARE OF OHIO, INC., *et al.*,

       Defendants.

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Case Dates and Deadlines Pending Outcome of Settlement Conference. (ECF No. 11). Therein, the parties request that the Court stay all proceedings until after they engage in a settlement conference to be scheduled in December 2025. For good cause shown, the Motion (ECF No. 11) is **GRANTED**. All proceedings in this case are **STAYED** through January 5, 2026. The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE JANUARY 5, 2026**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

      **IT IS SO ORDERED.**

                                              /s/ *Chelsey M. Vascura*
                                              CHELSEY M. VASCURA
                                              UNITED STATES MAGISTRATE JUDGE